HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF TACOMA,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTERN METAL INDUSTRY PENSION FUND and its BOARD OF TRUSTEES, as Administrator,<br><br>  Defendants. | NO. 2:24-cv-00099-JNW<br><br>ORDER ON STIPULATED MOTION TO CONSOLIDATE |

The Court having considered the pleadings filed by the Parties, all supporting documents, and being fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Cause No. 2:24-cv-00136 JNW *Board of Trustees of the Western Metal Industry Pension Trust v. City of Tacoma* is consolidated into this matter. The operative pleadings after such consolidation are the Complaint filed by the City of Tacoma and the Answer and Counterclaim filed by the Board of Trustees of the Western Metal Industry Pension Fund.

ORDER ON MOTION TO CONSOLIDATE – 1
CAUSE NO. 2:24-cv-00099-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6301.000 WDL hc04jk012s.002

DATED this 22nd day of April, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

 /s/ *Leslie M. Coughran*  
Leslie M. Coughran, WSBA #34407
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Defendants

 /s/ *Richard M. Coughran (with permission)*  
Richard Birmingham, WSBA #8685
Davis Wright Tremaine, LLP
Attorneys for Plaintiff

ORDER ON MOTION TO CONSOLIDATE – 2
CAUSE NO. 2:24-cv-00099-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6301.000 WDL hc04jk012s.002